**OCEAN DUKE CORPORATION,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–1597.

United States Court of Appeals,
Federal Circuit.

May 10, 2012.

Ned H. Marshak, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief were Robert B. Silverman, Joseph M. Spraragen and Frances P. Hadfield.

Stephen C. Tosini, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

PROST, MOORE, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**George P. CADORET, Claimant–**
**Appellant,**

v.

**Eric K. SHINSEKI, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2011–7143.

United States Court of Appeals,
Federal Circuit.

May 10, 2012.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant-Appellant.

Renee Gerber, Department of Justice, David J. Barrans, Department of Veterans Affairs, Washington, DC, for Respondent-Appellee.

Before DYK, SCHALL, and REYNA, Circuit Judges.

### ORDER

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction.